# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAN-BUNKERING (AMERICA), INC. and A/S DAN-BUNKERING LTD., **Plaintiff,** -v- KAMCA TRADING S.A. **Defendant.** | Case No._____ **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ____Plaintiff____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dan-Bunkering (America), Inc. and A/S Dan-Bunkering Ltd. are both privately held companies.

**Date:** 12/01/2022

*Martin Casey*
**Signature of Attorney**

**Attorney Bar Code:** MFC-1415