UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DAN-BUNKERING (AMERICA), INC. and A/S
DAN-BUNKERING LTD.,

                Plaintiffs,

  -against-

KAMCA TRADING S.A.,

                Defendant.
------------------------------------------------------------X

22 Civ. 10186 (LLS)

**NOTICE OF VOLUNTARY DISCONTINUANCE**

      **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntarily dismissed without prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       January 3, 2023
       532-01

                Respectfully submitted,

                CASEY & BARNETT LLC
                Attorneys for Plaintiff

      By: *Martin Casey*
           Martin F. Casey
           305 Broadway, Suite 1202
           New York, New York 10007
           (212) 286-0225